JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FOX, on behalf of himself and others situated,<br><br>Plaintiff,<br><br>v.<br><br>DAMCO DISTRIBUTION SERVICES INC. a/K/A DAMCO DISTRIBUTUION SERVICES INC., a Delaware corporation; WILLIAM PERATT, an Individual; JOBSOURCE MIRA LOMA, Aa California Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-04543-AB-AFM<br><br>Assigned to Hon. André Birotte, Jr.<br>Courtroom 7B<br><br>**ORDER OF DISMISSAL**<br><br>State Action Filed: April 6, 2020<br>Removal Filed:     May 20, 2020 |

**ORDER**

The Parties having stipulated, and Good Cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice concerning all claims brought by plaintiff William Fox, provided however that this Order does not preclude another alleged aggrieved employees from bringing a similar PAGA claim in separate action.

IT IS SO ORDERED.

Dated: September 30, 2020           _____

Honorable André Birotte, Jr.
United States District Court Judge